*Messrs. Harry C. Weeks* and *Benjamin L. Bird* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Joseph M. Jones* for respondent.

No. 703. MAYTAG COMPANY ET AL. *v.* APEX ELECTRICAL MANUFACTURING Co. November 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Wallace R. Lane* and *Benton Baker* for petitioners. *Messrs. F. O. Richey* and *H. F. McNenny* for respondent.

No. 639. CORCORAN *v.* MONTGOMERY WARD & Co., INC. November 24, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion to proceed further *in forma pauperis,* denied. *Mr. Fulton Brylawski* for petitioner. *Mr. Leonard S. Lyon* for respondent.

No. 697. WEISS *v.* UNITED STATES. November 24, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. Hugh M. Wilkinson* and *John D. Lambert* for petitioner. *Assistant Solicitor General Fahy* and *Assistant Attorney General Berge* for the United States.

No. 712. NICK ET AL. *v.* UNITED STATES. November 24, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and